**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA COTTEN, as Successor-in-Interest to and as Wrongful Death Heir of PATRICK MAHONEY, Deceased; and MAUREEN DUNCAN, MICHAEL MAHONEY, COLLEEN HANSEN, CHRISTINE BARROS, as Wrongful Death Heirs of PATRICK MAHONEY, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS CORPORATION LIMITED, et al., <br><br> Defendants. | No. 3:14-cv-02124-JD <br><br> [PROPOSED] <br><br> STIPULATION TO CONTINUE THE APRIL 24, 2015 EXPERT REPORT DEADLINE TO MAY 1, 2015 |

For good cause shown, IT IS SO ORDERED:

Expert reports, currently due on April 24, 2015, shall now be due on May 1, 2015.

All other dates shall remain the same.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
James Donato
UNITED STATES DISTRICT JUDGE