BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA COTTEN, as Successor-in-Interest to and as Wrongful Death Heir of PATRICK MAHONEY, Deceased; and MAUREEN DUNCAN, MICHAEL MAHONEY, COLLEEN HANSEN, CHRISTINE BARROS, as Wrongful Death Heirs of PATRICK MAHONEY, Deceased, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>ASBESTOS CORPORATION LIMITED, et al., <br><br>　　　　　Defendants. | No. 3:14-cv-02124-JD <br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED fka NORTHROP GRUMMAN SHIPBUILDING, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HUNTINGTON INGALLS INCORPORATED fka NORTHROP GRUMMAN SHIPBUILDING, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 22, 2015　　　　　By: _____
　　　　　　　　　　　　　　　　James Donato
　　　　　　　　　　　　　　　　United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED fka NORTHROP GRUMMAN SHIPBUILDING, INC.