**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA COTTEN, as Successor-in-Interest to and as Wrongful Death Heir of PATRICK MAHONEY, Deceased; and MAUREEN DUNCAN, MICHAEL MAHONEY, COLLEEN HANSEN, CHRISTINE BARROS, as Wrongful Death Heirs of PATRICK MAHONEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>Defendants. | No. 3:14-cv-02124-JD<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 22, 2015          By: _____
                                  James Donato
                                  United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED