**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA COTTEN, as Successor-in-Interest to and as Wrongful Death Heir of PATRICK MAHONEY, Deceased; and MAUREEN DUNCAN, MICHAEL MAHONEY, COLLEEN HANSEN, CHRISTINE BARROS, as Wrongful Death Heirs of PATRICK MAHONEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>Defendants. | No. 3:14-cv-02124-JD<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) are hereby dismissed with prejudice.

Dated: jULY 24, 2015       By: _____
                                James Donato
                                United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)