BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA COTTEN, as Successor-in-Interest to and as Wrongful Death Heir of PATRICK MAHONEY, Deceased; and MAUREEN DUNCAN, MICHAEL MAHONEY, COLLEEN HANSEN, CHRISTINE BARROS, as Wrongful Death Heirs of PATRICK MAHONEY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>Defendants. | No. 3:14-cv-02124-JD<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT EATON CORPORATION, as SII to EATON ELECTRICAL INC. and CUTLER-HAMMER INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant EATON CORPORATION, as SII to EATON ELECTRICAL INC. and CUTLER-HAMMER INC. are hereby dismissed with prejudice.

Dated: July 28, 2015

By: _____
James Donato
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT EATON CORPORATION, as SII to EATON ELECTRICAL INC. and CUTLER-HAMMER INC.