UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA COTTEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL STEEL AND SHIPBUILDING COMPANY, et al., <br><br> Defendants. | Case No.  14-cv-02124-JD <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

The Court was previously informed that the only remaining defendant who had not reached a settlement with plaintiffs in this case was National Steel. Dkt. No. 99. On July 23, 2015, defendant National Steel and Shipbuilding Company informed the Court that the action had been resolved as to that defendant as well. Dkt. No. 101.

Consequently, based on the Court's understanding that the action has been settled as against all defendants, the Court dismisses this case without prejudice. If, however, any party certifies to the Court within **ninety** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered over, then this order will be vacated and the case will be restored to the calendar to be set for trial. If no such certification is filed, the dismissal will be with prejudice after the passage of the ninety days.

The Court will not entertain any further requests for piecemeal dismissals, *e.g.*, Dkt. No. 105.

Dated: September 10, 2015

_____
JAMES DONATO
United States District Judge